**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7422**

LEONTE DEMETRIUS MACK,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; WARDEN JOHN DOE; WARDEN JANE
DOE; WARDEN C. MARUKA; MD MAURICE YU; ASSOCIATE WARDEN D.
RICH; CNP JENNIFER ARMSTRONG; PA JOHN DOE; MS. RIFE, Case Manager
Coordinator; PA CAROTHESS; MS. WEAVER, X-Ray; PA JANE DOE; MS.
HUFFMAN, Unit Manager,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at
Bluefield.  David A. Faber, Senior District Judge.  (1:20-cv-00354)

Submitted:  April 26, 2022                                    Decided:  April 29, 2022

Before AGEE and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Leonte Demetrius Mack, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonte Demetrius Mack appeals the district court's order dismissing his amended complaint alleging claims of negligent medical treatment of his osteoarthritis under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680, and deliberate indifference to his serious medical needs under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). After the Government moved for dismissal or, in the alternative, summary judgment, the magistrate judge recommended that the district court grant the Government's motion and dismiss Mack's claims. The magistrate judge advised Mack that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Mack subsequently filed several documents consisting of notes or ledgers concerning his health, but nothing specific to the particularized legal recommendations made by the magistrate judge. The district court accepted the magistrate judge's recommendation and dismissed the action.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Mack has waived appellate review because he failed to file specific objections to the magistrate judge's recommendation after receiving proper notice. *See Martin*, 858 F.3d at 245 (holding that, "to preserve for appeal

2

an issue in a magistrate judge's report, a party must object to the finding or recommendation on that issue with sufficient specificity so as reasonably to alert the district court of the true ground for the objection" (internal quotation marks omitted)). Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*